To: The Honorable John A. Gibney
C/o Carolyn v Grady, Assistant Federal Public Defender
08/28/2017

Your Honor,

I am Patricia (Pat) Falte, Dane's (Patrick's) mother. I have worked in healthcare for 25 years and human resources for an additional 11. With the exception of about a year, Dane has lived with us as a part of our family at home. I have had the honor of watching him grow into a very kind, thoughtful and caring young man and I am very proud to call him my son. Dane and I are close and I love him unconditionally. Recently, I learned my son's secret. He loves a child as a man loves a woman or a homosexual loves the same sex. He knows he should not have these feelings, but cannot change how he feels. I love my son. Since I have learned this secret, my love for him has not changed. Now, many things about him make more sense.

Growing up, Dane was a happy kid. He was popular with his teachers at school, which irritated his sister. She was three years behind him and those same teachers would talk about how wonderful and funny Dane was. Though popular with teachers and people he worked with, surprisingly he had only two actual friends that we knew of. Dane never opened up about his feelings to friends or family and until recently, we never understood why.

Early on in his life, he struggled in school and with intermittent abdominal pain. Over time became a loner. In elementary school, Dane struggled with his ability to read and comprehend. He eventually overcame his learning struggles following his enrollment at Sylvan Learning Center. After relearning phonics (he was in 9th grade by then), he went from a failing to an A-B student. In college, he was on the honor role for multiple quarters. His teachers and other students would often reach out to him for help. Dane was very proud of this.

Dane also struggled with chronic abdominal pain and was very thin most of life. He grew tall very quickly and thus experienced a lot of pain both in his long bones and abdomen. His pediatrician thought it was simply growing pains. He was 18 when we learned the cause of his pain was bowel inflammation from Crohn's Disease. His excellent work history began to suffer as the disease progressed and his treatments became more aggressive. After his bowel resection and finally having his Crohn's under control, he gained weight and put on muscle mass.

While his confidence seemed to improve, he remained a loner and had trouble finding work. He still confided in no one. After his incarceration, we learned he had been struggling with depression although we did not see it. Looking now at what few recent photos I have of him, I can see the pain in his eyes even though, in the picture he is smiling.

My Dane is a sweet, loving boy that always wanted to help others. He never got into trouble and I never worried about what he was doing. He was usually home. He often helped with the dishes, carried my 40 lb. cat litters upstairs, and often surprised the family with supper. He brought me chocolate covered raisins (my favorite), ran to the store for soda and crackers when his sister was sick and mowed the lawn to help his dad. He assisted neighbors and co-workers with computer issues and felt "funny" accepting money when they offered. He even volunteered to drive with me to Sarasota to deliver an electric recliner to his nana's house for Christmas one year. One of my favorite memories is he used to come by my work and have lunch with me once a week since he worked in the area – an event I always looked forward to. I loved spending time with Dane. Everyone we came across that knew Dane, asked about him and spoke of him fondly. People really liked him.

This is the Dane I knew and have always known. Since October of 2016, I understand him even better. He was a loner because no one wants to hear about someone having thoughts about children. They would distance themselves. He has expressed remorse. He feels ashamed and embarrassed. He feels not worthy of anyone's love. I love my son. I look forward to having my son come home. I pray he gets the help he needs in prison. There, I understand, he will have access to programs designed for people that think and feel as he does. I hope that same type of help will be available to him (and to all of us) when he comes home. He is a wonderful young man and I miss him so very, very much.

Thank you for your time.

Pat

Patricia Falte, Patrick "Dane's" mother

Attachment A

To: The Honorable John A. Gibney
C/o Carolyn v Grady, Assistant Federal Public Defender

Your Honor,

    My name is Charles Falte, I am a Project Manager, and Patrick Dane Falte is my son. The hardest thing for me, outside of knowing my son committed these acts and will spend most or all of his life in prison, is understanding how my son, who was well liked, never in trouble, and always willing to help others did these things. I was blindsided by this and I have been in total shock since it happened. I never saw the side of Dane that did this, only the kind, generous son that was always helping friends, neighbors, teachers, and family with their computer and IT problems, and helping at the Second Harvest Food bank. The son that brought home dinner and lunch for the family on occasion.

    I have spoken with my son many times since his arrest. He talks about feeling sorry for committing the crimes and causing harm to other people, and his desire to get help in dealing with the thoughts that led to this. When Dane was young, he struggled in school due to hearing issues, which affected his grades and self-esteem. Once the hearing issues were resolved, we sent him to a learning center to get tutoring and help with his grades. Dane had a desire to improve himself, and had dreams of making it into college and eventually joining the military or FBI to work on network security and to fight computer hacking. He committed himself to working hard, improving his grades up and he succeded in making it into college. Dane has the desire to get help with the impulses that led to this crime and I believe that with support he will show the same willingness and will do it. I will never understand why my son did these things, and can never approve of his actions, but I will always love my son and will continue support him in any way I can.

    Dane's work history may come into question, so I wanted to explain why he took breaks between jobs. He suffers from an advanced case of Crohn's disease, which sidelined him on multiple occasions due to pain from the Crohn's disease and from the treatments that he received. It also eliminated any chance of achieving his dream of serving in the Navy, which he applied for due to his Crohn's disease, and it made his FBI dream very difficult due to his work history. I served alongside many brave and courageous people when I was in the Marines, but after watching him give himself an injection in the thigh and stomach each month, having part of his colon removed, and facing chemo treatment every two months after the surgery I could see that courage comes in many forms and at any age. He worked hard and pushed through that adversity as well, managing land a good job with a good future, until the arrest. I believe that Dane will show the same dedication and will go on to lead a good life as a law-abiding citizen if given the support and opportunity.

    There is a part of Dane that needs help and will be punished for the crimes he committed. But there is also a part of Dane that is kind, generous and loving to everyone, and that person is worthy of another chance. I will always I support him and love him.


Sincerely,

Charles "Pete" Falte

*[signature]*

Attachment B

I am Christa Falte, I currently work as the lead toddler teacher at a local preschool and am working towards a degree in early childhood education. Dane is my older brother and has lived at home with my family and me for the vast majority of my life. I have not spoken to my brother much since October 2016 however, the unconditional love and support I have for him has not waned. Despite his grave mistakes I still believe him to be the wonderful and caring person he has always proven himself to be.

I have always known Dane to be a generous, considerate, and kind person. Throughout the years he has remained the most consistent figure in my life. Through every high and low in my life Dane has been a great comfort. We have both faced our fair share of struggles and have both had trouble communicating them. However, my brother has always found ways to show kindness towards me and others. He has always been willing to sacrifice his time to instead help others with whatever it is they may need. As children Dane would push me on the swings at the park on our way home from school, played with me when I did not have anyone, and never hesitated to check all around my room and closet after a nightmare. As we grew older he showed me the same thoughtfulness by buying me lunch, watching my favorite movies with me despite his personal feelings on them, and frequently going out of his way to run errands for me without asking for anything in return. Dane has always proven himself to be a selfless person.

Throughout my school years I encountered many teachers who had my older brother as a student in previous years. I heard nothing but positive words and large amounts of praise from every person who encountered him. The words often used to describe him were kind, funny, and well behaved. I have also heard many stories of Dane staying behind to help other students and even many teachers with their technology problems.

The quality I most attribute to my brother is resilience. Dane has struggled all throughout his life. At a young age I remember my brother struggling in school and working his hardest to improve. He has had a difficult time making friends due to the introversion of his personality. As he grew his problems grew more severe. He has struggled with the pains of Chron's disease, the overwhelming financial hardships caused by student loans, and the ineffable depression imposing on his life. Throughout everything Dane has consistently proven his ability to learn, adapt, and grow.

As I previously mentioned, I have not had much communication with my brother since I learned of his arrest and the circumstances surrounding the event. However, I believe at his core Dane is the same thoughtful, kind, and resilient person I have always known him to be. I believe him when he expresses regret for what he has done and allowed to happen. I trust his ability to learn from and not repeat the same mistakes. Furthermore, I have confidence that he has seen the importance of seeking out help when being crushed by the weight of his troubles in an effort to keep his mind clear and his morals intact.

Attachment C

Dane has played a truly significant role in my life and though I have tried my best I do not think I could ever possibly re-count all the ways in which he has impacted my life for the better. I will always support and love my brother. I will always have faith in his capacity to learn. Most importantly I will always trust that in his heart he is the Dane I have always known.

Christa Falte
*Christa Falte*