Aug. 18. 2017 10:15AM                                                                             No. 3647   P. 2

## VANDERBILT UNIVERSITY  MEDICAL CENTER

*Inflammatory Bowel Disease Clinic*

August 18, 2017

ATTN: Honorable Judge of the United States District Court

RE: Patrick Dane Falte

To Whom It May Concern,

I care for Mr. Falte for his severe Crohn's disease. He has already required abdominal surgery for this and needs methotrexate (a pill) and infliximab (an IV infusion that has to be given at an infusion center every 6-8 weeks) to maintain remission. Without these, he will become extremely sick with abdominal pain, diarrhea, fevers, may have bowel obstruction, need to be hospitalized. He also needs frequent lab monitoring (every 3 months) and doctor's visits (at least every 3 months) to me for me to continue to write these medications as they are immunosuppressant's and can have side effects I must monitor closely. Please allow his care to continue uninterrupted and contact me with any questions at 615-343-4758.

Sincerely,

*Sara Horst*

Sara Horst, MD, MPH
Inflammatory Bowel Disease Center
Vanderbilt University Medical Center

SH/dw

1211 21st Avenue South                tel  615.322.0128
Medical Arts Building, Suite 220      fax  615.936.6977
Nashville, TN 37212-2702              www.VanderbiltHealth.com

Attachment E