Patrick Dane Falte 90412-083
F.C.I. Butner Medium II
P.O. Box 1500
Butner, NC 27509

RECEIVED MAILROOM
MAY 2 1 2021
CLERK, U.S. DIST...
ALEXANDRIA VIRGINIA

18 May 2021

Clerk of Court
Albert V. Bryan Sr. U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

3:17cr049

Re: Request for Docket Sheet

Clerk of Court:

My name is Patrick Falte, Federal Register # 90412-083. I am trying to obtain a copy of my Docket Sheet starting with my criminal conviction on Oct. 2016 to today (2255).

If you have any questions, please let me know.

Patrick Falte