# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK S. DAVIS
CHIEF JUDGE

May 26, 2021

Mr. Patrick Dane Falte, #90412-083
Butner Medium II Federal Correctional Institution
P. O. Box 1500
Butner, NC 22314-5798 23868

**Re:** **Criminal Action Number: 3:17cr00049-001**
**USA v. Falte**

Dear Mr. Falte:

The Clerk's Office is in receipt of your letter dated May 18, 2021.

The Clerk's Office charges a fee of ten cents ($0.10) per page for copies of documents including Docket Reports.  Free copies are not provided to anyone, regardless of financial status.

According to your letter, you are requesting the Docket Report in the above referenced case.  The cost for the Report is $0.80, as documents are added, the cost will increase.

If you wish to obtain a copy of the Docket Report, please send a money order made payable to the *Clerk, U.S. District Court* in the appropriate amount.  Once we have received payment, the Docket Report will be mailed to you.

If further assistance is required, please feel free to contact the Clerk's Office.

Sincerely,

FERNANDO GALINDO, CLERK

By:  _/s/ S. Beal_____
        Deputy Clerk