Patrick Falte, #90412-083

Name:          Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
19 MAY 2021 PM 2  L



Clerk of Court
Albert V. Bryan Sr. US Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

22314-579899