FILED: June 27, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7407
(3:17-cr-00049-JAG-1)
(3:19-cv-00604-JAG)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

PATRICK FALTE

        Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK